IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3014 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| AUSTIN P. BUERER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the defendant's oral motion,

IT IS ORDERED that the court's prior order setting defendant's conditions of release, (Filing no. 35), is modified as follows:

1) The requirements of paragraph 6 are revoked. David and Tammy Barth shall no longer serve as defendant's third party custodians.

2) The requirement of paragraphs 7(r) and 7(y) are modified to change the curfew and residence of the defendant. Specifically, the defendant shall reside at 2900 Grand Avenue; #328, Kearney, Nebraska at all times, and shall abide by a curfew which requires him to be located in this residence everyday from 9:00 p.m. to 6:00 a.m. or as directed by the Pretrial Services officer or supervising officer.

3) All other terms of the court's prior release order, including the conditions of release and the sanctions and penalties for violating those conditions, remain in effect.

DATED this 17th day of June, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge